FILED
November 22, 2005
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           )
                                    )    Case No. CR S-05-0239 MCE
              Plaintiff,            )
v.                                  )    ORDER FOR RELEASE OF
                                    )    PERSON IN CUSTODY
JAMES MATTHEW VALDEZ, JR.,          )
                                    )
              Defendant.            )

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  JAMES MATTHEW VALDEZ, JR.  , Case No.  CR S-05-0239 MCE  , Charge  21 USC § 841 (a)(1)  , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

　　　___　Release on Personal Recognizance

　　　_X_　Bail Posted in the Sum of $ 300,000.00 secured by real property

　　　　　　___　Unsecured Appearance Bond

　　　　　　___　Appearance Bond with 10% Deposit

　　　　　　___　Appearance Bond with Surety

　　　　　　___　Corporate Surety Bail Bond

　　　_X_　(Other)     with supervision and conditions of release

Issued at  Sacramento, CA  on  November 22, 2005  at  1:45 p.m.

By  /s/ Dale A. Drozd
Dale A. Drozd
United States Magistrate Judge

Original - U.S. Marshal