DANIEL J. BRODERICK, #89424
Federal Defender
CARO MARKS, Bar #159267
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
JAMES MATTHEW VALDEZ


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:05-cr-0239 MCE |
| Plaintiff, | ) ) ) | REQUEST FOR ORDER AND ORDER EXONERATING BOND |
| v. | ) ) | |
| JAMES MATTHEW VALDEZ, | ) ) | |
| Defendant. | ) ) | Judge: Hon. Dale A. Drozd |
| _____ | ) | |


On or about December 5, 2005, a receipt for a Deed of Trust in the amount of $300,000.00 was placed in the court vault on behalf of James Matthew Valdez, Cr-S-05-239 MCE (receipt number 201-11114)

On June 27, 2006 Mr. Valdez was sentenced to 121 months in the custody of Bureau of Prison.  Mr. Valdez was ordered to self surrender to the Sacramento County Jail on July 10, 2006.

This office verifed that Mr. Valdez surrendered on July 10, 2006 and is currently in custody at the Sacramento County Jail.

It is hereby requested that $300,000 bond be exonerated in the

above-captioned case and that the Clerk of the District Court be directed to reconvey the property to Mr. Leon R. Flores, 2270 24th Avenue, Sacramento, CA  95822.


Dated:  July 24, 2006

                                   Respectfully submitted,

                                   DANIEL J. BRODERICK
                                   Federal Defender


                                    /s/ Caro Marks
                                   CARO MARKS
                                   Assistant Federal Defender
                                   Attorney for Defendant
                                   JAMES MATTHEW VALDEZ


                           **O R D E R**

        IT IS HEREBY ORDERED that the bail bond in the amount of $300,000 secured by Mr. Leon Flores is hereby exonerated.

DATED: July 31, 2006


                                   _____
                                   MORRISON C. ENGLAND, JR
                                   UNITED STATES DISTRICT JUDGE